# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD B. TRANSUE           :
     Plaintiff             :
         v.              :    No. 5:17-cv-02356
CREDIT CONTROL, LLC       :
     and              :
JH PORTFOLIO DEBT EQUITIES, LLC :
     Defendants          :

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT PURSUANT TO FRCP 41(a)(1)

Plaintiff, Edward B. Transue, hereby gives notice of his voluntary dismissal, with prejudice, of all causes of action in the Complaint filed May 24, 2017 against Defendants, Credit Control, LLC and JH Portfolio Debt Equities, LLC.

Plaintiff is dismissing this action because the parties have settled this matter.  Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully Submitted:
THE LAW OF BUSINESS, P.C.

Douglas M. Marinos, Esquire
Attorney I.D. #53104
Attorney for Plaintiff
101 North Cedar Crest Boulevard
Allentown, Pennsylvania 18104
610-434-0504 / (fax) 610-434-0538
dmmarinos@marinoslaw.com

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD B. TRANSUE          :
    Plaintiff               :
       v.                  :
CREDIT CONTROL, LLC        :          NO.  5:17-cv-02356
    and                     :
JH PORTFOLIO DEBT EQUITIES, LLC   :
    Defendants              :

## CERTIFICATE OF SERVICE

I, **DOUGLAS M. MARINOS, ESQUIRE**, do hereby certify that a true and correct copy

of Plaintiff's Notice Of Dismissal Of Complaint Pursuant To FRCP 41(a)(1) was served on this

date upon all parties via the electronic filing system.

THE LAW OF BUSINESS, P.C.

Dated: September 11, 2017

BY: _____
**DOUGLAS M. MARINOS, ESQUIRE**
Attorney I.D. #53104
Attorney for Plaintiff          .
101 North Cedar Crest Boulevard
Allentown, PA 18104
610-434-0504 / (fax) 610-434-0538
dmmarinos@marinoslaw.com